IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| LEVI T. WHITE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | CV 115-120 |
|  | ) |  |
| CAPIO PARTNERS, LLC, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**O R D E R**

The above-captioned case was removed from the Magistrate Court of Richmond County, Georgia, to this Court on August 6, 2015. (Doc. no. 1.) Defendant filed a motion to dismiss on August 17, 2015, which United States District Judge J. Randal Hall denied. (Doc. nos. 6, 10.) Defendant then filed an answer on December 21, 2015. (Doc. no. 12.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 2.) However, no Rule 26(f) Report has been filed.

Accordingly, the Court **ORDERS** the parties to conduct a conference within **fourteen days** of the date of this Order and to file a joint 26(f) Report within **seven days** of the conference.

The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 27th day of January, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA