FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 FEB -1  PM 3: 27

CLERK _C. Delano_
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| LEVI WHITE ) | |
| ) | |
| Plaintiff, ) | Civil File Action No. |
| v. ) | **CV1:15-00120 JRH-BKE** |
| ) | |
| CAPIO PARTNES LLC ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 1 day of February, 2016.

**LEVI T. WHITE**

_/s/ Levi White_

Levi T. White
2158 B Street
Augusta, Georgia 30904

*Pro Se Plaintiff*

**CAPIO PARTNES LLC**

SESSION, FISHMAN, NATHAN
& ISRAEL, L.L.C.
R. GLENN KNIRSCH
LEGAL DEPARTMENT
2647 EATON ROAD
UNIVERSITY HEIGHTS, OH 44118-4330

*Attorney for the Defendant*

# CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by first mail. In a properly addressed envelope with adequate postage.

Signed February 1, 2016

R. GLENN KNIRSCH
LEGAL DEPARTMENT
2647 EATON ROAD
UNIVERSITY HEIGHTS, OH 44118-4330

*Attorney for the Defendant*