IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

LEVI WHITE,

    Plaintiff,

v.

CAPIO PARTNERS, LLC,

    Defendant.

1:15-cv-120

**O R D E R**

Presently before the Court is the parties' corrected stipulation of dismissal with prejudice. (Doc. 15). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES WITH PREJUDICE** all claims in this matter. The clerk is **DIRECTED** to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA